o

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| MARIA DEL REFUGIO ESCAMILLA, et al., § § § § | |
| Plaintiffs, § | |
| § | Case No. 5:11-cv-13 |
| vs. § § | |
| WEBB COUNTY, TEXAS, et al., § § | |
| Defendants. § § | |

## ORDER OF DISMISSAL

For the reasons given in the Memorandum and Order of even date, it is ORDERED that the claims by Maria Del Refugio Escamilla, individually and as representative of and on behalf of the estate of Rafael Solis Sr., and Alma Gaytan Gonzalez, as next friend of minor children R.E.S. and J.E.S., against the Defendants Webb County, Martin Cuellar, and Guadalupe Javier Rivera are DISMISSED.

DONE at Laredo, Texas, this 17th day of June, 2015.

_____
George P. Kazen
Senior United States District Judge